

FILED IN COURT OF APPEALS
12th Court of Appeals District

AUG 1 7 2015

TYLER, TEXAS
CATHY S. LUSK, CLERK

FILE COPY

RE: Case No. 15-0141                    DATE: 8/14/2015
    COA #: 12-13-00005-CV      TC#: 2012-876-A
STYLE: THE GOOD SHEPHERD HOSPITAL, INC.
   v. RONALD MASTEN AND CHARLENE MASTEN

   Today the Supreme Court of Texas denied the motion for rehearing of the above-referenced petition for review.

                    MS. CATHY S. LUSK
                    CLERK, TWELFTH COURT OF APPEALS
                    1517 WEST FRONT, SUITE 354
                    TYLER, TX   75702